UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:     Andrew D. Schildiner, Debtor(s).

Case No.: 19-12642-JKS
Chapter: 7
Judge: John K. Sherwood

## NOTICE OF PROPOSED ABANDONMENT

_____Barbara A. Edwards_____, _____Trustee_____ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Clerk, US Bankruptcy Court, DNJ<br>PO Box 1352<br>Newark, NJ 07101-1352 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable __John K. Sherwood__ on __4/30/2019__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __3D__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | One-half interest in real property located at 493 Hillside Ave., Allendale, NJ.<br>Fair Market Value: $1,100,000.00 |
|---|---|

| Liens on property: | Subject to mortgages held by Bayview Loan Servicing in the approximate amount of $1,375,928.22 and Chase Home Finance in the approximate amount of $44,770.00. |
|---|---|

| Amount of equity claimed as exempt: | None |
|---|---|

Objections must be served on, and requests for additional information directed to:

Name:     /s/ Barbara A. Edwards, Interim Trustee
Address:     Muscarella Bochet, PC, 10-04 River Rd., Fair Lawn, NJ 07410
Telephone No.:     201-796-3100

*rev.8/1/15*

```
                                    United States Bankruptcy Court
                                         District of New Jersey
In re:                                                                                  Case No. 19-12641-JKS
Andrew D. Schildiner                                                                    Chapter 7
         Debtor                             CERTIFICATE OF NOTICE
District/off: 0312-2           User: admin                  Page 1 of 2                  Date Rcvd: Mar 29, 2019
                               Form ID: pdf905              Total Noticed: 37


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 31, 2019.
db             +Andrew D. Schildiner,    493 Hillside Ave.,    Allendale, NJ 07401-1114
cr             +American Honda Finance Corporation d/b/a Acura Fin,    P.O. Box 168088,    Irving, TX 75016-8088
518017134       A-1 Collection Service,    2297 Hwy. 22 #906,    Hamilton Square, NJ 08690
518017135     ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
               (address filed with court: Acura Financial Services,    PO Box 65507,    Wilmington, DE 19808)
518017136      +American Express,    PO Box 981537,    El Paso, TX 79998-1537
518017139      +Chase Bank,    PO Box 15298,    Wilmington, DE 19850-5298
518017140      +Chase Home Finance,    PO Box 24696,    Columbus, OH 43224-0696
518017141      +Chris James Landscaping,    33 Zazzetti St. #1,    Waldwick, NJ 07463-1618
518017145      +E-ZPass Violation Payments & Inquiries,    PO Box 15186,    Albany, NY 12212-5186
518017146      +Geico,    5260 Western Ave.,    Chevy Chase, MD 20815-3799
518017147      +Guaranteed Subpoena Service, Inc.,    2009 Morris Ave.,    Union, NJ 07083-6013
518017150      +KML Law Group PC,    216 S. Haddon Ave. Ste. 406,    Westmont, NJ 08108-2812
518017151      +Maryland Transportation Authority,    PO Box 17600,    Baltimore, MD 21297-1600
518017154      +New Jersey Lawyers Service,    2333 Route 22 W.,    Union, NJ 07083-8518
518017155      +New Jersey Lawyers Service,    2 Keystone Ave.,    Cherry Hill, NJ 08003-1629
518017158      +PSEG,    PO Box 14444,    New Brunswick, NJ 08906-4444
518017157       PayPal Credit,    PO Box 5138,    Luthvle Timon, MD 21094-5138
518017159      +Red Robin Landscaping,    467 Island Rd.,    Ramsey, NJ 07446-1180
518017160       Rockland Electric Company,    500 NY 208,    Monroe, NY 10950
518017152     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court: New Jersey Division of Taxation,
                 Compliance & Enforcement, Bankruptcy Uni,    50 Barrack St., 9th Fl.,    PO Box 245,
                 Trenton, NJ 08695)
518017163      +The Music Shop,    PO Box 688,    56 Fanny Rd.,    Boonton, NJ 07005-1048
518017164      +The Port Authority of NY & NJ,    Violations Processing Center,    PO Box 15186,
                 Albany, NY 12212-5186
518017166      +United States Attorney General,    United States Dept. of Justice,    Ben Franklin Station,
                 PO Box 683,    Washington, DC 20044-0683

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 30 2019 00:30:51     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 30 2019 00:30:47     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518017138      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Mar 30 2019 00:31:21
                 Bayview Loan Servicing,    4425 Ponce de Leon 5th Fl.,    Miami, FL 33146-1837
518017142      +E-mail/PDF: creditonebknotifications@resurgent.com Mar 30 2019 00:39:16     Credit One Bank,
                 PO Box 98872,    Las Vegas, NV 89193-8872
518017143      +E-mail/PDF: creditonebknotifications@resurgent.com Mar 30 2019 00:39:18     Credit One Bank,
                 PO Box 98873,    Las Vegas, NV 89193-8873
518017148      +E-mail/Text: cio.bncmail@irs.gov Mar 30 2019 00:30:01     Internal Revenue Service,
                 PO Box 7346,    Philadelphia, PA 19101-7346
518017149       E-mail/Text: JCAP_BNC_Notices@jcap.com Mar 30 2019 00:31:09     Jefferson Capital Systems, LLC,
                 16 McLeland Road,    Saint Cloud, MN 56303
518017153      +E-mail/Text: Jerry.Bogar@conduent.com Mar 30 2019 00:32:06     New Jersey E-ZPass,
                 PO Box 4972,    Trenton, NJ 08650-4972
518017156      +E-mail/Text: ccd@oru.com Mar 30 2019 00:30:33     Orange & Rockland,    390 W. Route 59,
                 Spring Valley, NY 10977-5345
518017162      +E-mail/PDF: gecsedi@recoverycorp.com Mar 30 2019 00:39:03     Synchrony Bank/PayPal,
                 PO Box 965005,    Orlando, FL 32896-5005
518017161      +E-mail/PDF: gecsedi@recoverycorp.com Mar 30 2019 00:40:06     Synchrony Bank/PayPal,
                 PO Box 965036,    Orlando, FL 32896-5036
518017165      +E-mail/Text: usanj.njbankr@usdoj.gov Mar 30 2019 00:30:51     United States Attorney,
                 Peter Rodino Federal Bldg.,    970 Broad St. Ste. 700,    Newark, NJ 07102-2527
518017167      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Mar 30 2019 00:29:21
                 Verizon,    500 Technology Dr. Ste. 300,    Saint Charles, MO 63304-2225
518017144      +E-mail/Text: jstauffe_bk@ebay.com Mar 30 2019 00:32:08     eBay,    2025 Hamilton Ave.,
                 San Jose, CA 95125-5904
                                                                                               TOTAL: 14

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518017137*    ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
               (address filed with court: American Honda Finance,    201 Little Falls Dr.,
                 Wilmington, DE 19808)
                                                                                               TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0312-2          User: admin              Page 2 of 2             Date Rcvd: Mar 29, 2019
                              Form ID: pdf905          Total Noticed: 37
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 31, 2019                                  Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 28, 2019 at the address(es) listed below:
              Barbara    Edwards     on behalf of Trustee Barbara   Edwards bedwardstrustee@aol.com,
               NJ48@ecfcbis.com
              Barbara    Edwards     bedwardstrustee@aol.com,   NJ48@ecfcbis.com
              Denise E. Carlon    on behalf of Creditor      THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE (CWMBS 2006-9) dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              John R. Morton, Jr.    on behalf of Creditor     American Honda Finance Corporation d/b/a Acura
               Financial Services ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com
              Kevin Gordon McDonald     on behalf of Creditor     THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW
               YORK, AS TRUSTEE (CWMBS 2006-9) kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Susan S. Long    on behalf of Debtor Andrew D. Schildiner susan@susanlonglaw.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 7
```